UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**Cleveland Bakers and Teamsters Health &**
**Welfare Fund,** **Plaintiff,**

**v.**

Civil Action No. 1:23-cv-12575-FDS

**Amag Pharmaceuticals, Inc. et al,**
**Defendants.**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's MEMORANDUM & ORDER dated March 12, 2025
(Dkt. No. 86), it is hereby ORDERED that the above-entitled action be and hereby is
DISMISSED.

By the Court,

03/12/2025                                          /s/ Melonie Cooke
Date                                                    Deputy Clerk